UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMPOS-RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>DAGOSTINI, et al.,<br><br>Defendants. | No. 2:17-cv-1448 KJM DB P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a county inmate proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff alleges defendants violated his right of access to the court by failing to provide him with adequate law library facilities. (ECF No. 1.)

By order dated July 2, 2018, the court screened plaintiff's complaint, found plaintiff failed to state a cognizable claim, and ordered him to file an amended complaint within thirty days. (ECF No. 11.) Plaintiff was warned that failure to file an amended complaint could result in dismissal. Those thirty days have no passed and plaintiff has not filed an amended complaint, requested additional time in which to file an amended complaint, or otherwise responded to the court's orders.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so

////

1

the court may recommend that this action be dismissed for plaintiff's failure to comply with orders and failure to prosecute. See E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

Dated: August 16, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/camp1448.osc