UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMPOS-RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAGOSTINI, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1448 KJM DB P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a county inmate proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff alleges defendants violated his right of access to the court by failing to provide him with adequate law library facilities. (ECF No. 1.)

On July 2, 2018, the court screened and dismissed plaintiff's complaint. (ECF No. 11.) Plaintiff was directed to file an amended complaint within thirty days and warned that failure to do so may result in a recommendation that this action be dismissed. Thereafter, plaintiff did not file an amended complaint.

By order dated August 16, 2018, plaintiff was ordered to dismiss this action or file an amended complaint within fourteen days. (ECF No. 13.) Plaintiff was again warned that failure to comply with the court's order may result in a recommendation that this action be dismissed. Those fourteen days have passed and plaintiff has not filed an amended complaint, notified the court he wishes to dismiss the action, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 11, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/camp1448.fsc